# SEALED

**FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

2009 DEC 16 PM 1: 35

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>STEPHEN BRENNER, )<br><br>Defendant. ) | Cause No.: **SA09CR0961OG**<br><br>**INDICTMENT**<br><br>[In violation of: 18 USC §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D), Dealing in firearms without a license (Counts 1-3.] |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [18 USC §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D)]

On or about the 8th day of October, 2009, in the Western District of Texas, the defendant,

**STEPHEN BRENNER,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States

Code, did willfully engage in the business of dealing in firearms, to-wit: by selling a Glock,

model 21C, .45 caliber pistol bearing serial number GXS812, in violation of Title 18, United

States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### COUNT TWO
### [18 USC §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D)]

On or about the 21st day of October, 2009, in the Western District of Texas, the

defendant,

**STEPHEN BRENNER,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States

Code, did willfully engage in the business of dealing in firearms, to-wit: by selling two firearms-

specifically, a Glock, model 32, .357 Sig caliber pistol, bearing serial number MEN966 and a

Glock, model 38, .45 GAP caliber pistol, bearing serial number LVS 410, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### COUNT THREE
**[18 USC §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D)]**

On or about the 3rd day of November, 2009, in the Western District of Texas, the defendant,

**STEPHEN BRENNER,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, to-wit: by selling two firearms-specifically, a Glock, model 19, 9mm pistol bearing serial number MUN614 and a Sig Sauer, model P226, .40 caliber pistol, bearing serial number UU641308, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

A TRUE BILL.

███████████

FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
UNITED STATES ATTORNEY

BILL BAUMANN
Assistant U.S. Attorney

2